In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00274-CV


____________________



IN THE INTEREST OF J.H.






On Appeal from the 317th District Court


Jefferson County, Texas


Trial Cause No. C-203,520






MEMORANDUM OPINION


 On June 25, 2009, the trial court conducted a hearing at which appellant appeared and
stated on the record that she no longer wishes to pursue her appeal. See Tex. Fam. Code
Ann. § 263.405 (Vernon 2008). No opinion has issued in this case, and no other party has
filed a notice of appeal. Therefore, we dismiss the appeal. See Tex. R. App. P. 2; Tex. R.
App. P. 42.1(a)(1).

 APPEAL DISMISSED.


 _____________________________

 STEVE McKEITHEN 

 Chief Justice


Opinion Delivered July 30, 2009

Before McKeithen, C.J., Kreger and Horton, JJ.